UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL JERIMIAH SIMMS,

                Plaintiff,

   v.

MICHAEL HATHAWAY, *et al*.,

                Defendants.

Case No. C23-5068-MJP

ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

The Court, having reviewed Plaintiff's complaint, his motion for preliminary injunction, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and noting the lack of any objections, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. 9) is DENIED.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Vaughan.

DATED this 9th day of May, 2023.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTIVE RELIEF - 1