UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JERIMIAH SIMMS, | |
| Plaintiff, | Case No. C23-5068-MJP-SKV |
| v. | |
| MICHAEL HATHAWAY, *et al*., | REPORT AND RECOMMENDATION |
| Defendants. | |

This is a *pro se* civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff submitted his complaint to the Court for filing on January 23, 2023, together with an application to proceed with this action *in forma pauperis*. *See* Dkt. 1. Plaintiff alleged in his complaint that while confined at the Airway Heights Corrections Center ("AHCC") in 2022, and continuing into early 2023, he was harassed by corrections staff at that facility because of his prior legal activities against the Washington Department of Corrections ("DOC") and its employees, because he had written books and published website content critical of the DOC, and because he was featured in a widely published news article that was highly critical of the DOC and AHCC. *See* Dkt. 5 at 3-6. Plaintiff also appeared to claim that he was falsely infracted by AHCC staff, sent to solitary confinement, classified to a higher custody level, and transferred to the Clallam Bay Corrections

REPORT AND RECOMMENDATION
PAGE - 1

Center in retaliation for engaging in these protected activities. *Id*. at 6-11, 14. Finally, Plaintiff claimed that he had been denied due process and equal protection in relation to the AHCC disciplinary hearing process. *See id*. at 8-15.

On February 3, 2023, this Court granted Plaintiff leave to proceed *in forma pauperis* and his complaint was filed. Dkts. 4, 5. On the same date, this Court issued an Order directing service of the complaint on Defendants. Dkt. 6. Defendants filed a timely answer to the complaint on April 7, 2023, and on April 18, 2023, this Court issued a Pretrial Scheduling Order establishing deadlines for discovery and for the filing of dispositive motions. Dkts. 17, 18.

On June 15, 2023, Plaintiff filed a motion seeking to dismiss this action without prejudice. Dkt. 21. Plaintiff states therein that he was separated from his legal materials for a number of months, apparently as a result of transfers between facilities, and that when he eventually received his legal boxes, he "discovered the supporting evidence lacking." *See id*. at 1-2. Plaintiff asserts that he therefore cannot adequately litigate his claims at this time. *Id*. Plaintiff also asserts that he is currently litigating a personal restraint petition in the state courts with respect to the infraction underlying this case and he deems it important to exhaust that process before pursuing the claims asserted here. *See id*. On July 6, 2023, Defendants filed a response to Plaintiff's motion in which they indicate that they do not oppose the requested voluntary dismissal of this action. Dkt. 23.

As Plaintiff has determined that he cannot adequately litigate his claims at this time, and as Defendants do not oppose the requested voluntary dismissal, dismissal of this action without prejudice is appropriate. This Court therefore recommends that Plaintiff's motion to dismiss (Dkt. 21) be granted and that Plaintiff's complaint (Dkt. 5) and this action be dismissed without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 18, 2023**.

DATED this 24th day of July, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3