UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JERIMIAH SIMMS,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL HATHAWAY, *et al.*,<br><br>                Defendants. | Case No. C23-5068-MJP<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed Plaintiff's complaint, Plaintiff's motion to dismiss this action, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Plaintiff's motion to dismiss (Dkt. 21) is GRANTED, and Plaintiff's complaint (Dkt. 5) and this action are DISMISSED without prejudice.

//

//

//

//

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Vaughan.

DATED this 22nd day of August, 2023.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2