UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL JERIMIAH SIMMS,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL HATHAWAY, CHRISTOPHER FITZPATRICK, DONNA BYRNES, and FRANK RIVERA,<br><br>   Defendants. | CASE NO. C23-5068 MJP<br><br>ORDER APPOINTING COUNSEL |

The Court hereby appoints Brandon Feldman of Feldman & Lee, 604 W. Meeker St., Suite 206, Kent, WA 98032 | (253) 859-2488 | brandon.feldman@feldmanlee.com to represent Plaintiff as counsel pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants." Mr. Feldman is appointed for all further proceedings. (See Order (Dkt. No. 31).)

\\

\\

ORDER APPOINTING COUNSEL - 1

1 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2 | Dated February 7, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge